UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **ROGER W. TITUS**<br>UNITED STATES DISTRICT JUDGE | 6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770<br>301-344-0052 |

M E M O R A N D U M

TO:   Counsel of Record
      Jessica Jackson, U.S. Probation Officer

FROM: Judge Roger W. Titus

RE:   *United States of America v. Zhenchun Huang*
      Criminal No. RWT 07-0131

DATE: August 27, 2015

\* \* \* \* \* \* \* \* \*

By agreement of the parties, a status hearing is hereby scheduled for **September 15, 2015 at 9:30 a.m.** regarding Defendant's travel request.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge